IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CALVIN MORRIS,                  )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )        2:23cv302-MHT
                                )            (WO)
LT. MIMS-HARRIS,                )
individually, and OFC.          )
EMERSON, individually,          )
                                )
     Defendants.                )
```

## DISMISSAL ORDER

Upon consideration of "plaintiff's stipulation of dismissal without prejudice" (Doc. 14), which the court construes as a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is ORDERED that:

(1) This lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

(2) All pending motions are denied as moot.

This case is closed.

DONE, this the 8th day of June, 2023.

                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE